# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133319

LAWRENCE EVANS, #324535

      Petitioner-Appellant,

v

      SC: 133319
      AGC: 0245/07; 0248/07

ATTORNEY GRIEVANCE COMMISSION,

      Respondent-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of March 8, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2007

_____
Clerk

jm